IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANNA MARIE DECKER                                          PLAINTIFF

V.                     NO. 3:11–CV–00222–BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                             DEFENDANT

## JUDGMENT

Pursuant to the order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

DATED this 4th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE